UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**CHARLES LEE BAILEY**

INDICTMENT

NO. 3:22-CR-97-CHB

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
(*Distribution of Methamphetamine*)

On or about January 26, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHARLES LEE BAILEY**, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

FILED
JAMES J. VILT, JR. - CLERK
AUG 17 2022
U.S. DISTRICT C
WESTN. DIST. KEN

The Grand Jury further charges:

## COUNT 2
*(Possession of a Firearm by a Prohibited Person)*

On or about January 25, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHARLES LEE BAILEY**, knowingly possessed, in and affecting commerce, a Derringer, .38 Special handgun, bearing serial number CT094339, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 25, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 19-CR-0409, **CHARLES LEE BAILEY**, was convicted of the offenses of Convicted Felon in Possession of a Firearm, and Receiving Stolen Property (Firearm), each a felony;

> On or about February 28, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1645, **CHARLES LEE BAILEY**, was convicted of the offenses of Convicted Felon in Possession of a Handgun, Receiving Stolen Property (Firearm), and Enhanced Possession of Marijuana, each a felony;

> On or about January 26, 2010, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 09-CR-2179, **CHARLES LEE BAILEY**, was convicted of the offenses of Trafficking in a Controlled Substance, First Offense – Cocaine, and Tampering with Physical Evidence, each a felony;

> On or about November 6, 2007, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 07-CR-1831, **CHARLES LEE BAILEY**, was convicted of the offenses of Complicity to Trafficking in a Controlled Substance, First Offense – Cocaine, and Complicity to Tampering with Physical Evidence, each a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1), as specifically charged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **CHARLES LEE BAILEY**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

A TRUE BILL.



MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:APG:08/17/2022

UNITED STATES OF AMERICA v. CHARLES LEE BAILEY

## PENALTIES

Count 1:   NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4yrs. Supervised Release
           (NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs./NM Life Supervised Release with notice of one prior conviction)
Count 2:   NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.